IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Yates, Michael P | Case Number: 07 B 00698 |
|---|---|---|
| | Yates, Vincenza A | Judge: Goldgar, A. Benjamin |
| | Printed: 3/11/08 | Filed: 1/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 29, 2008
Confirmed: March 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,965.00 | |
| Secured: | | 299.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,506.49 |
| Trustee Fee: | | 159.51 |
| Other Funds: | | 0.00 |
| Totals: | 2,965.00 | 2,965.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,513.00 | 2,506.49 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial | Secured | 2,497.06 | 276.00 |
| 5. | Dell Financial Services, Inc | Secured | 155.87 | 23.00 |
| 6. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 7. | America's Servicing Co | Secured | 17,887.96 | 0.00 |
| 8. | Clear Check | Unsecured | 12.54 | 0.00 |
| 9. | Capital One | Unsecured | 18.49 | 0.00 |
| 10. | Capital One | Unsecured | 87.40 | 0.00 |
| 11. | Capital One | Unsecured | 341.49 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 12.00 | 0.00 |
| 13. | Capital One | Unsecured | 83.47 | 0.00 |
| 14. | Capital One | Unsecured | 153.98 | 0.00 |
| 15. | AmeriCash Loans, LLC | Unsecured | 330.25 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 33.03 | 0.00 |
| 17. | Premier Bankcard | Unsecured | 51.86 | 0.00 |
| 18. | American Express Centurion | Unsecured | 161.05 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 117.36 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 62.76 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 73.70 | 0.00 |
| 22. | Aspire Visa | Unsecured | 133.75 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 223.16 | 0.00 |
| 24. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 25. | LaSalle Bank NA | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Yates, Michael P  
Yates, Vincenza A  
Printed: 3/11/08

Case Number: 07 B 00698  
Judge: Goldgar, A. Benjamin  
Filed: 1/16/07

| | | | |
|---|---|---|---|
| 26. | Cook County State's Attorney | Unsecured | No Claim Filed |
| 27. | Retailers National Bank | Unsecured | No Claim Filed |
| 28. | LaSalle Bank NA | Unsecured | No Claim Filed |
| 29. | Sears / Citibank SD | Unsecured | No Claim Filed |

$ 24,950.18        $ 2,805.49

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 5.04 |
| 5.4% | 154.47 |
| | $ 159.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ M Mach_